# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS BETHEA, | : | No. 3:19cv37 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| ANDREW M. SAUL, Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 20th day of December 2019, it is hereby **ORDERED** as follows:

1) The defendant's objections to the report and recommendation (Doc. 18) are **OVERRULED**;

2) The report and recommendation of October 29, 2019 (Doc. 17) is hereby **ADOPTED**;

3) The Commissioner's final decision denying plaintiff's application for benefits is **VACATED**;

4) The Clerk of Court is directed to enter judgment in favor of the plaintiff and against the defendant;

5) The Clerk of Court is also directed to remand this case to the defendant pursuant to sentence four of 42 U.S.C. § 405(g) to conduct a new administrative hearing; and

6) The Clerk of Court is further directed to close this case.

                                                  **BY THE COURT:**

                                                  **s/ James M. Munley**
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**